THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH M. EGGERLING,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>              Defendant. | CASE NO. C13-0516-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation (Dkt. No. 15) of the Honorable James P. Donohue, United States Magistrate Judge. Upon consideration of that Report and Recommendation, Plaintiff's complaint, and the balance of the record, the Court hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. No. 15) is ADOPTED.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

//
//

ORDER
PAGE - 1

1       DATED this 16th day of September 2013.

/s/ John C. Coughenour<br>
John C. Coughenour<br>
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2